## ADELMAN ET AL. *v.* LOWER MINNESOTA RIVER WATERSHED DISTRICT.

No. 512.  Decided November 15, 1965.

*Thomas E. Ticen* for appellants.

*Raymond A. Haik* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## WILSON *v.* COMMISSIONER OF INTERNAL REVENUE.

No. 520.  Decided November 15, 1965.

Appellant *pro se.*

*Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Melva M. Graney* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.